## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JUSTIN JAMES HINZO

     Petitioner,

v.                                  Civ. 6-391 MV/SCY

GERMAN FRANCO, Warden,
and HECTOR H. BALDERAS, New Mexico
Attorney General,

     Respondents.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING CASE

THIS MATTER is before the Court on Petitioner Justin James Hinzo's

Rule 60(b)(6) Motion for Relief from Final Judgment filed February 18, 2015. *Doc. 81.* On March

18, 2015, Magistrate Judge Steven C. Yarbrough filed Proposed Findings and Recommended

Disposition ("PFRD") advising that the Court dismiss Petitioner's claims. *Doc. 90.* Petitioner

argued that the Court's disposition of his 28 U.S.C. § 2254 petition was unfair both because he

did not have adequate notice of the objection period to the prior Magistrate Judge's PFRD

recommending dismissal of his petition and that, in any case, the ten day objection period to that

petition was unconstitutionally short. He therefore asserted that the Court should now consider

his petition. Magistrate Judge Yarbrough found that Petitioner's motion was likely not timely

and that it failed to set forth a manifest injustice amenable to correction by the Court under

Federal Rule of Civil Procedure 60(b)(6). *Id.* Petitioner has filed no objections to the PFRD,

thereby waiving his right to review of the current proposed disposition. *See United States v. One*

*Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the

record, the Court concurs with the Magistrate Judge's findings and recommendations.

**IT IS THEREFORE ORDERED THAT:**

1.   The Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 90*)

is ADOPTED.

2.   Petitioner's motion (*doc. 81*) is DENIED.

_____
**MARTHA VÁZQUEZ**
UNITED STATES DISTRICT JUDGE